# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES ALVAREZ, ) | No. SACV 10-1890-AHM(CW) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING REPORT |
| ) | AND RECOMMENDATION OF |
| v. ) | UNITED STATES |
| ) | MAGISTRATE JUDGE |
| LINDA SANDERS (Warden), ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing this action for lack of subject matter jurisdiction.

DATED: February 8, 2013

A. HOWARD MATZ
United States District Judge