JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDRES ALVAREZ, | ) | No. SACV 10-1890-AHM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the action is dismissed for lack of subject matter jurisdiction.

DATED: February 8, 2013

                                        A. HOWARD MATZ
                                 United States District Judge

JS - 6